(Docket No. 43)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | | |
|---|---|---|
| CONCETTA NORCROSS, et al., | : | |
| Plaintiffs, | : | Civil No. 04-2536 (RBK) |
| v. | : | **ORDER** |
| TOWN OF HAMMONTON, et al., | : | |
| Defendants. | : | |

THIS MATTER HAVING COME before the Court upon motion by Defendants Officer James Pinto and Officer Baglivo (collectively "Defendants") for summary judgment against the remaining claim of violation of the state constitutional rights of Plaintiffs Concetta Norcross and Geraldine Singletary ("Plaintiffs"); and the Court having considered the moving papers; and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Defendant's motion for summary judgment is **GRANTED.** Plaintiffs' complaint is therefore disposed of as a matter of law.

Dated:   2-05-2008                                   /s/ Robert B. Kugler
                                                               ROBERT B. KUGLER
                                                               United States District Judge